J. D. Jack, Trustee, under the Last Will and Testament of Jordan S. Neal, deceased, *v.* Robert E. Twyford, Appellant, and The Iron City Land Company.

*Appeals—Practice, Superior Court—Paper-books—Rules of court.*

An appeal will be quashed where appellant fails to specify in writing the particular errors on which he relies as required by Rule XIV., and where the paper-book does not present the case for the consideration of the court in the orderly manner required by Rule XXVII., and omits to set out the assignments of error as directed by section 8 of that rule.

Argued April 13, 1898.   Appeal, No. 137, April T., 1898, by Robert E. Twyford, from decree of C. P. No. 2, Allegheny Co., July T., 1897, No. 39, in favor of plaintiff on bill in equity. Before RICE, P. J., WICKHAM, BEAVER, REEDER, ORLADY, SMITH and PORTER, JJ.   Appeal quashed.

Hearing on bill, answer and proofs.   Before WHITE, P. J.

It appears from the record that a bill was filed to restrain the defendants from conveying or incumbering a certain lot of ground and requiring defendant, Twyford, to restore a building which he had removed from a lot on which it stood and on which plaintiff held a mortgage.   The court below, upon hearing had, directed a decree in accordance with the prayer of the plaintiff's bill.

The paper-book of appellant failed to set out any assignments of error.   The plaintiff moved to quash the appeal.

*W. L. Bird*, with him *K. T. Meade*, for appellant.

*David S. McCann*, with him *James D. Jack*, for appellee.— The appellant has seen fit to omit from his paper-book all assignments of error; he has also neglected to take any exceptions to the opinion of the court below or to its decree.

PER CURIAM, April 18, 1898:

The motion is allowed and the appeal is quashed.   See Rule XIV., and Rule XXVII., section 8.